# Exhibit E

# 7OHMZ PRODUCT DISCLAIMER

## Do not use this product if the seal is broken.

## WARNING:

The levels of mitragynine and other alkaloids in this kratom extract are many times higher than what is contained in fresh kratom leaves, thus increasing the potency of this extract. Please act accordingly and proceed with extreme caution. As with all kratom products, do not use this product without first consulting your doctor. Using Mitragyna Speciosa can be dangerous. Adverse health effects have been reported with the use of kratom products. Some publications suggest that kratom may be associated with serious side effects such as seizures, liver damage, withdrawal, addiction, abuse and death. Kratom information is available on the FDA website. Read FDA's advisories and comments on product concerns. Do not take kratom extract unless you have taken non-extracted kratom several times in the past and have had no side effects. Do not use this product for more than one consecutive day with or in combination with other kratom products. Mixing Mitragyna Speciosa extracts with pharmaceuticals, vitamins, nicotine, alcohol, herbal supplements, pharmaceuticals or other kratom products; extracts or non-extracts, or combined with other substances may lead to serious drug interactions. It could be dangerous not to follow the advice contained in this disclaimer. Do not use this product if you are pregnant, planning to become pregnant, or breastfeeding. Do not take this product if you have any blood disease, liver or kidney disease, high blood pressure, heart disease, central nervous system disorder, or any other medical condition.

Do not use this product while driving a car or operating heavy machinery. If you experience any side effects, call your doctor right away or seek emergency medical attention.

## Do Not Sell To Minors! Keep out of reach of children.

Not recommended for long-term or continuous use. This includes combinations of this product and other kratom products. Used only as a botanical preparation.

My Rewards

## DISCLAIMER:

This product has not been evaluated by the Food and Drug Administration. These statements have not been evaluated by the FDA. This product is considered unsuitable for consumption in the United States by the FDA. By using this product, you assume full responsibility for the use of the product, including without limitation any adverse events or health complications that may result from the use of the product. The manufacturer assumes no liability for the use or misuse of this product.

## INSTRUCTIONS:

Do not use this product if you have a serious medical condition or are taking prescription medications. Do not use this product in combination with prescription and over-the-counter medications, alcohol, vitamins, herbal supplements, drugs, nicotine, or drugs containing other substances, including other kratom products. Talk to your doctor about all medications, vitamins, nicotine, herbal supplements, medications, and other kratom-containing substances you are taking or have taken. Tell your doctor the contents of any other Kratom products you may have used in the past. Before using this product for any reason, consult with your licensed healthcare provider to ensure that this product may be safe. Please determine if it is suitable for you, and if so, how to use it safely. Also, before using this product, check with your licensed healthcare provider about possible drug interactions and other complications. This disclaimer is not intended to replace information provided by your doctor.

Do not repackage for retail sale. Do not alter or relabel this package.

PRODUCT DISCLAIMERS AND FDA DISCLOSURE

CAUTION: 7OHMZ IS NOT INTENDED NOR SHOULD IT BE USED, IF YOU ARE PREGNANT OR LACTATING,TAKING ANY MEDICATIONS, OR BY ANYONE WITH A LIVER DISORDER, HEART DISEASE, HIGH BLOOD PRESSURE OR ANY OTHER MEDICAL CONDITION. ALWAYS CONSULT WITH A PHYSICIAN OR HEALTHCAREPROFESSIONAL PRIOR TO USE.

MUST BE 21+ TO PURCHASE OR CONSUME THESE PRODUCTS
IF YOU EXPERIENCE NAUSEA,VOMITING, OR INCREASED HEART RATE, DO NOT CONSUME ANY MORE OF THESE PRODUCTS.

THESE PRODUCTS ARE POTENTIALLY HABIT FORMING.
DO NOT MIX WITH ALCOHOL. DO NOT TAKE THIS PRODUCT WHILE OPERATING A MOTOR VEHICLE OR OTHER MACHINERY.

WARNING! KEEP OUT OF REACH OF CHILDREN.
THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE. CONSULT YOUR HEALTHCARE PROVIDER BEFORE USING ANY NEW PRODUCTS.

CLICK HERE TO READ FULL DISCLAIMER



© COPYRIGHT 7OHMZ.COM 2024 ALL RIGHTS RESERVED.