**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
        lsironski@bursor.com

**LYNCH CARPENTER, LLP**
Todd D. Carpenter (State Bar No. 234464)
todd@lcllp.com
Scott G. Braden (State Bar No. 305051)
scott@lcllp.com
1234 Camino del Mar
Del Mar, CA 92014
Telephone: (619) 762-1910
Facsimile: (858) 313-1850

*Attorneys for Plaintiffs*

**VENABLE LLP**
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
Bryan J. Weintrop (SBN 307416)
bjweintrop@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

**VENABLE LLP**
Amit Rana (SBN 291912)
arana@venable.com
Zoe Gallagher (SBN 355362)
zgallagher@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: 415.673.3750
Facsimile: 415.653.3755

*Attorneys for Defendants*
*Thang Botanicals, Inc. and*
*FTLS Holdings, LLC*
*d/b/a 7ΩHMZ*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A., A.S., N.A., and J.R., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> THANG BOTANICALS, INC., and FTLS HOLDINGS LLC, collectively doing business as 7ΩHMZ, and DOES 1-10, inclusive., <br><br> Defendants. | Case No. 3:24-cv-07029-TLT <br><br> Hon. Trina L. Thompson <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO CONDUCT MEDIATION** |

Pursuant to ADR Local Rule 6-5 and Civil Local Rule 7-12, Plaintiffs M.A., A.S., N.A., and J.R., and Defendants Thang Botanicals, Inc., and FTLS Holdings LLC, collectively doing business as 7ΩHMZ, (together, the "Parties") through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 29, 2025, the Court issued a Case Management and Scheduling Order which, among other things, ordered the Parties to conduct a private mediation "to be completed by June 10, 2025." (ECF No. 30);

WHEREAS, in recent weeks, the Parties have exchanged the names of several proposed mediators and contacted their respective offices for availability;

WHEREAS, the Parties have agreed to mediate this case with Hon. Judge Diane M. Welsh of JAMS;

WHEREAS, Judge Welsh's first availability for mediation is June 20, 2025. As such, the Parties scheduled the mediation for that date;

WHEREAS, the Parties agree this mediation date, ten (10) days after the Court imposed deadline, will not cause any prejudice to either Party or the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of this Court, that:

The deadline for the Parties to complete a mediation shall be extended from June 10, 2025, to June 20, 2025.

Dated:  April 22, 2025           **BURSOR & FISHER, P.A**.

By:   */s/ Neal J. Deckant*
           Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
Luke Sironski-White (State Bar No. 348441)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
           lsironski@bursor.com

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:24-CV-07029-TLT

1

|   |   |   |
|---|---|---|
| 1 |  | **LYNCH CARPENTER, LLP** |
| 2 |  | Todd D. Carpenter (State Bar No. 234464) |
|   |  | todd@lcllp.com |
| 3 |  | Scott G. Braden (State Bar No. 305051) |
|   |  | scott@lcllp.com |
| 4 |  | 1234 Camino del Mar |
|   |  | Del Mar, CA 92014 |
| 5 |  | Telephone: (619) 762-1910 |
| 6 |  | Facsimile: (858) 313-1850 |
| 7 |  | *Attorneys for Plaintiffs* |
| 8 |  |  |
| 9 | Dated: April 22, 2025 | **VENABLE LLP** |
| 10 |  | By: ___*/s/ Daniel S. Silverman*___ |
|   |  |           Daniel S. Silverman |
| 11 |  |  |
| 12 |  | Daniel S. Silverman (SBN 137864) |
|   |  | dssilverman@venable.com |
| 13 |  | Bryan J. Weintrop (SBN 307416) |
|   |  | bjweintrop@venable.com |
| 14 |  | 2049 Century Park East, Suite 2300 |
|   |  | Los Angeles, CA 90067 |
| 15 |  | Telephone: 310.229.9900 |
| 16 |  | Facsimile: 310.229.9901 |
| 17 |  | **VENABLE LLP** |
|   |  | Amit Rana (SBN 291912) |
| 18 |  | arana@venable.com |
|   |  | 101 California Street, Suite 3800 |
| 19 |  | San Francisco, CA 94111 |
|   |  | Telephone: 415.673.3750 |
| 20 |  | Facsimile: 415.653.3755 |
| 21 |  |  |
| 22 |  | *Attorneys for Defendants* |
|   |  | *Thang Botanicals, Inc. and* |
| 23 |  | *FTLS Holdings, LLC* |
|   |  | *d/b/a 7ΩHMZ* |
| 24 |  |  |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:24-CV-07029-TLT

2

**L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By:   */s/ Neal J. Deckant*
      Neal J. Deckant

# [PROPOSED] ORDER

This Court, having considered the Parties' Stipulation, requesting that the Court extend the mediation deadline from June 10, 2025, to June 20, 2025, and for good cause shown, orders as follows:

The mediation deadline is extended from June 10, 2025, to June 20, 2025.

**IT IS SO ORDERED.**

Dated: _____

TRINA L. THOMPSON
United States District Judge