UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.A., A.S., N.A., and J.R., individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THANG BOTANICALS, INC., and FTLS HOLDINGS LLC, collectively doing business as 7ΩHMZ, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-07029-TLT<br><br>Hon. Trina L. Thompson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR ENTRY OF ORDER OF FINAL DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(b) DUE TO PLAINTIFFS' FAILURE TO FILE AMENDED COMPLAINT BY COURT IMPOSED DEADLINE**<br><br>Action Filed:  October 7, 2024<br>Trial Date:     None |

**[PROPOSED] ORDER**

On April 28, 2025, Defendants Thang Botanicals, Inc. and FTLS Holdings, LLC d/b/a 7ΩHMZ (collectively "Defendants") filed their Request for Entry of Order of Final Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(b) Due to Plaintiffs' Failure to File Amended Complaint by Court Imposed Deadline ("Request"). Having reviewed the Defendants' Request and good cause appearing therefor, the Request is hereby GRANTED as follows:

Plaintiffs' Complaint is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: _____, 2025

_____
Hon. Trina L. Thompson
United States District Court Judge