1  **BURSOR & FISHER, P.A.**
   Neal J. Deckant (State Bar No. 322946)
2  Luke Sironski-White (State Bar No. 348441)
   1990 North California Boulevard, 9th Floor
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   Email: ndeckant@bursor.com
5         lsironski@bursor.com
6
   **LYNCH CARPENTER, LLP**
7  Todd D. Carpenter (State Bar No. 234464)
   todd@lcllp.com
8  Scott G. Braden (State Bar No. 305051)
   scott@lcllp.com
9  1234 Camino del Mar
   Del Mar, CA 92014
10 Telephone: (619) 762-1910
   Facsimile: (858) 313-1850
11
12 *Attorneys for Plaintiffs*
13
14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
17

| | |
|---|---|
| 18  M.A., A.S., N.A., and J.R., individually and on behalf of all others similarly situated, | Case No. 3:24-cv-07029-TLT |
| 19 | Hon. Trina L. Thompson |
| 20                    Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGMENT PURSUANT TO FED R. CIV. P. 60(b)** |
| 21          v. | |
| 22  THANG BOTANICALS, INC., and FTLS HOLDINGS LLC, collectively doing business as 7ΩHMZ, and DOES 1-10, inclusive., | |
| 23 | |
| 24                    Defendants. | |
| 25 | |

26
27
28

[PROPOSED] ORDER
CASE NO. 3:24-CV-07029-TLT

**[PROPOSED] ORDER**

Upon review of the foregoing motion, and finding good cause, the Court hereby orders that the judgment dismissing this action with prejudice is set aside. Plaintiffs shall file an amended complaint in compliance with the Court's March 28, 2025 Order within three (3) business days.

**IT IS SO ORDERED.**

Dated: _____

TRINA L. THOMPSON
United States District Judge