UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. A., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>THANG BOTANICALS, INC., et al.,<br><br>   Defendants. | Case No. 24-cv-07029-TLT<br><br>**QUESTIONS FOR JULY 15, 2025 HEARING**<br><br>Re: Dkt. No. 40 |

**Questions for Plaintiffs and Defendants:**

- Do the parties concede that this case is related to *M.L. v. Thang Botanicals, et al.*, 25-cv-03191-JSC?

**Questions for Plaintiffs:**

- Plaintiffs argue that their failure to file an amended complaint was "not due to inattention or neglect." ECF 40 at 2. However, Plaintiffs apply the Supreme Court's "excusable neglect" standard factors throughout their brief. *Id*. at 2–5. Do Plaintiffs concede that the Court should apply the "excusable neglect" standard in evaluating Plaintiffs' motion?
- Plaintiffs argue that they understood the Court's March 28, 2025 Order "to mean that no new parties could be added to the pleadings." ECF 44 at 1. Why did Plaintiffs file a new case, with a nearly identical complaint, in lieu of filing a motion pursuant to Rule 24?

**Questions for Defendants:**

- Defendants argue that the length of delay factor weighs in favor of denying Plaintiffs' motion because Plaintiffs filed a "simple, barebones motion." ECF 42 at 11–12. Please

provide binding and/or persuasive caselaw indicating that this is a basis for finding that the length of delay factor should weigh in favor of denying Plaintiffs' motion.

IT IS SO ORDERED.

Dated: July 8, 2025

TRINA L. THOMPSON
United States District Judge