UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.L., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THANG BOTANICALS, INC., et al.,<br><br>        Defendants. | Case No. 25-cv-03191-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Trina L. Thompson for consideration of whether the case is related to 24-cv-07029.

**IT IS SO ORDERED.**

Dated: July 9, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge